IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

DINA MARIE GENOVESI						Case No. 9:05-bk-24543-ALP

        Debtor.
_____/

## ORDER ON MOTION FOR AUTHORITY TO COMPROMISE CONTROVERSY

      THIS CAUSE came before the Court, ex parte, upon the Trustee's Motion for Authority to Compromise Controversy with Dina Marie Genovesi, and the Court being fully advised in the premises and after hearing argument, finds that the motion is well taken, and it is in the best interest of the bankruptcy estate that the Trustee be authorized to compromise the controversy, which is the subject matter of Adversary Proceeding 9:07-ap-00331-ALP, whereby Dina Marie Genovesi shall pay $1,331.96 over six months at $221.99 per month beginning November 1, 2007. Debtor shall make a final payment of $222.01. It is, therefore,

      ORDERED, ADJUDGED and DECREED that the Trustee's Motion is hereby granted, and it is further

      ORDERED, ADJUDGED and DECREED that the Trustee is hereby authorized to settle the above described dispute with Dina Marie Genovesi, whereby Dina Marie Genovesi shall pay $1,331.96 over six months at $221.99 per month beginning November 1, 2007. Debtor shall make a final payment of $222.01.

      ORDERED, ADJUDGED and DECREED that the Trustee is hereby authorized to execute all documents necessary to consummate the settlement.

      DONE and ORDERED at Tampa, Florida on November 2, 2007.

                                                                                ALEXANDER L. PASKAY
                                                                                United States Bankruptcy Judge

cc:   Robert E. Tardif Jr., Trustee, 1601 Jackson Street, Suite 106, Fort Myers, FL 33901
      Assistant United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, FL 33602
      Dina Marie Genovesi, 656 103rd Ave N., Naples FL 34108
      Christian B. Felden, 3838 Tamiami Trail # 416, Naples, FL 34103