UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

In re:  Case No. 9:05-bk-24543-FTM
Chapter 7

Dina Marie Genovesi
656 103rd Ave North
Naples, FL 34108

_____Debtor*_____/

ORDER GRANTING MOTION FOR
PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, upon the Motion for Payment of Unclaimed Funds ("Motion"). The Motion was filed on April 11, 2011 by Dilks & Knopik, LLC on behalf of Dina Genovesi. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $3,360.70 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Dilks & Knopik, LLC on behalf of Dina Genovesi is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $3,360.70 to the order of:

Dina Genovesi
c/o Dilks & Knopik, LLC.
787 100th Ave. N.
Naples, FL 34108-2239

**DONE AND ORDERED** in Chambers at Tampa, Florida on APR 2 2 2011.

David H. Adams
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.